**FILED**

MAY 1 4 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAM GARCIA,<br><br>Defendant | Case No.: 15 CR 1295-WQH<br><br>**INFORMATION** |

The United States Attorney charges:

### Count 1

From on or about February 7, 2014, and continuing through or about March 5, 2014, within the Southern District of California and elsewhere, defendant PAM GARCIA did knowingly and intentionally conspire with other persons known and unknown to willfully engage in the business of dealing firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code; in violation of Title 18, United States Code, Sections 371, 922(a)(1)(A) and 924(a)(1)(D).

## Count 2

From a date unknown and continuing up to and including January 29, 2014, within the Southern District of California, defendant PAM GARCIA did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute more than 50 grams of a mixture containing methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 5/14/15

LAURA E. DUFFY  
United States Attorney

_____  
FRED SHEPPARD  
Assistant U.S. Attorney